UNITED STATES DISTRICT COURT
For THE District of MASSACHUSETTS

Robert Graham
Petitioner

v.

Superintendent,
Gerald J. Horgan
Respondant

and

The Attorney General
of Massachusetts
Additional Respondant

Declaration in Support
of Request To Proceed
In Forma Pauperis

I, Robert Graham, The petitioner, hereby begs of This honorable Court To "acknowledge" That I am penniless and unable To afford The filing fees and The Cost of sending The required (2) extra Copies That are required. My motion for Habeas Corpus was out of pure desperation and my grounds for release is to either be released as is proper or have reasons for (not) being released "officially" explained in writing. Along with clear Varification for The addition (8-days) That was added That has unjustly extended my incarceration (after)

(1)

My sentence has been reversed and set-aside. Unfortunately, for me I do not have to complete form that shows how to correctly fill-out ~~this motion~~. Nonetheless, ~~the fact is~~ I am void of funds and currently cannot pay for the filing fees or for additional postage whatsoever.

I pray that the court understands my dilemma and makes it possible that my subpar unprofession habeas corpus is recognized for ~~its content and made a part of the courts~~ record despite its many flaws.

I pray also that this matter is ultimately resolved before too long? However, in my ignorance and financial destitute, it still is correct to bring this matter to the eyes of conscientious court officials of praiseworthy integrity.

~~Again I beg of this court to forgive~~ my ineptitude and the multiple flaws envolved in my petition as well as, this very motion.

(2)                              Respectfully Submitted

1/7/05
DATED!

Robert Graham
20 Bradston St.
Boston, MA. 02118

P.S. Could you (PLEASE) make the two additional copies?