PETITION

FILED
IN CLERKS OFFICE
2005 JAN 10 P 2:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT GRAHAM #0401621
Suffolk County House of Correction

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT GRAHAM,
PETITIONER

V.

SuperINTENDENT
GERARD J HorgAN,
RespondenT

THE ATTORNEY GENERAL
of MASSACHUSETTS.
AdditionAL RESpondenT.

# PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

I, RobERT Graham, The petitioner was Sentenced in Suffolk Superior Court. On 12/12/2001, I was Sentenced To Serve 18 months, from and after a 2 To 2½ year State Sentence in The Suffolk County House of Correction. I began Serving The 18 Month Sentence I Now am Serving on 3/29TH/2004.

in The Suffolk County House of Correction. This sentence was subsequently reversed and set aside by The Appeals Court on December 7th 2004.

The nature of offense involved are (3) Counts of Assault and Battery on a Police Officer. as well as, Resisting Arrest. I pleaded Not guilty and had a Jury Trial. I did in fact Testify at my Trial and appealed The decision in The Massachusetts Appeals Court. And as above-mentioned; The above-mentioned cases which currently hold me in Custody, were reversed and set aside on December/7th/2004. I have not previously filed any petitions or motions with This Judgment in any court State or federal.

As for grounds on which I claim To being held unlawfully, They are as follows.......

1.) IT has been (1) month exactly since the Sentences That I am serving has been vacated.

2.) The Suffolk County House of Correction (32 days) after The decision still claim To (NOT) have The revised, corrected mittimus. Therefore, They are not authorized To release me.

3) On Dec 17th, I was blessed to actually meet personally with Superintendent Horgan, and discussed this matter in full with him as well as, personally handed him a letter I typed that very day to be given to the records department here at the Suffolk County House of Correction. As he promised, he had them contact me and I was told via message by the unit officers. As well as, the kind gentleman in inmate Legal that the Appeals Court had 20 days to wait on whether or not the Commonwealth would oppose the Appeals Court decision.

4) I patiently waited the 20 day period and inquired again why was I still held in custody after the period was up. On the 29th of December, (Two days After) the 20 day period had expired. I was told that Ms. Claire Smolcomb, from the appeals court says, "that once she assembles the package, she has nothing more to do with it.

5) Subsequently, I heard that "someone" granted the Commonwealth an additional "8 days," to make up their minds to appeal the

Courts decision. The Eight days extra I believe are not Lawful and Some one in a position of authority erroneously allowed an unwarranted improper delay. With Total disregard To me and my rights. Therefore, I am forced To petition This honorable Court To protect me from ex-post facto Laws or procedures That criminize actions after The fact That I am vulnerable To as a poor, ignorant, powerless prisoner.

I have been extremely patient and humble despite The Tremendous deliberate indifference and The belittling, belligerent Total disregard I have received from (Some) Staff members in my fruitless endeavor To resolve This conflict.

6) After 32 days has passed and experiencing major complication in receiving an explanation for The elongated delay from The administration. Considering Their Lack of assistence in allowing attorney calls or reluctance in making any attempts To contact The Superior Court about why "EXACTLY" is There a hold-up and is it Legal. By no means, Should I be Left in The dark.

The attorney who represented me at the preliminary hearing, arraignment and trial as well as, sentencing was June E. Jensen, 129 Boston Post Road Wayland MA 01778

The attorney that represented me during the appeals stage is Robert A. O'meara, P.O. Box 5952.

I was sentenced on more than one count of an indictment. However, I served the prior sentence and was only left with the from and after sentence in the House of Correction at the completion of the state sentence. There are no future sentences. Thus, the only sentences that are containing me have been Set-aside. I look to this court to prevent unwarranted and unlawful arbitrary penalty and unjust punishment. I pray that this writ of Habeas Corpus;-is allowed so that there is a court order directing the superintendent to officially show cause why I Robert Graham the prisoner is being held over a month (after) said sentence has been overturned.

Wherefore, petition prays that the court grants petitioner relief to which he may be entitled in this proceeding (5).

Please Take into consideration and understand That I am completely unknowledgeable about presenting a petition Like This To The Court. I do so pro-se and void of legal assistence whatsoever. I have no other feasible alternative under These odd and extraordinary circumstances, but To bring This matter To The Court with The best of my Tremendously Limited ability. I am enclosing The Letters That I wrote To The Staff here concerning The situation at hand. I declare under penalty of perjury That The foregoing is True and Correct.

Respectfully Submitted

Executed on
1/7TH/05
Dated:

Robert Graham
20 Bradston ST.
Boston, MA. 02118