UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ROBERT GRAHAM,                      )
                                    )
            Petitioner,             )
                                    )    C.A. No. 05-10128-NG
            v.                      )
                                    )
SUPERINTENDENT GERALD J. HORGAN,    )
ET AL.,                             )
            Respondents.            )
```

## ORDER OF DISMISSAL

GERTNER, District Judge

In accordance with this Court's Memorandum and Order dated January 31, 2005, directing dismissal of Robert Graham's habeas petition pursuant to 28 U.S.C. §2241, without prejudice, for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety, without prejudice.

BY THE COURT,

/s/ Maryellen Molloy
Deputy Clerk

Dated:  January 31, 2005

1